UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**DARENA PRESCOTT**                                             **PLAINTIFF**

v.                                                              No. 5:22-cv-89-BJB

**CENTER FOR COMPREHENSIVE**                                    **DEFENDANTS**
**SERVICES, INC., ET AL.**

\* \* \* \* \*

## ORDER

      The Court held a hearing on Plaintiff's motion to remand (DN 8) on February 7, 2023. At the hearing, the Court granted the Plaintiff's motion to remand this case to McCracken Circuit Court. For the reasons stated on the record, the presence of Albert Mainord, a Kentucky resident, as a defendant in this case defeats complete diversity and deprives this Court of subject-matter jurisdition. In light of this remand, the Court denies the Defendant's motion to dismiss (DN 9) as moot—without prejudice to the Defendant re-raising these arguments in state court. The Court strikes this case from its active docket.

Benjamin Beaton, District Judge
United States District Court

February 8, 2023